# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY  PLAINTIFF | * * * * |
| V. | * CASE NO. 4:20CV01267 SWW * * |
| GD CONSTRUCTION, INC.  DEFENDANT | * * |

## ORDER

Before the Court is the parties' joint motion [ECF No. 9] reporting that they have settled and requesting that the case be dismissed with prejudice.

IT IS THEREFORE ORDERED that the joint motion to dismiss [ECF No. 9] is GRANTED.  This action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 24th DAY OF FEBRUARY, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE